FILED by TB D.C.

Dec 1, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **16-80206-CR-COHN/SELTZER**
**18 U.S.C. § 875(c)**

**UNITED STATES OF AMERICA**

**v.**

**LUCY RICHARDS,**

**Defendant.**
______________________________/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
**Transmitting Threats**
**Through Interstate Communications**
**(18 U.S.C. § 875(c))**

On or about January 10, 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**LUCY RICHARDS,**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, that is, L.P., in that she stated, in part, "you gonna die, death is coming to you real soon," in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
**Transmitting Threats**
**Through Interstate Communications**
**(18 U.S.C. § 875(c))**

On or about January 10, 2016, in Palm Beach County, in the Southern District of Florida,

and elsewhere, the defendant,

**LUCY RICHARDS,**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, that is, L.P., in that she stated, in part, "death is coming to you real soon and there's nothing you can do about it," in violation of Title 18, United States Code, Section 875(c).

**COUNT 3**
**Transmitting Threats**
**Through Interstate Communications**
**(18 U.S.C. § 875(c))**

On or about January 10, 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**LUCY RICHARDS,**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, that is, L.P., in that she stated, in part, "look behind you, death is coming to you real soon," in violation of Title 18, United States Code, Section 875(c).

**COUNT 4**
**Transmitting Threats**
**Through Interstate Communications**
**(18 U.S.C. § 875(c))**

On or about January 10, 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**LUCY RICHARDS,**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, that is, L.P., in that she wrote, "LOOK BEHIND YOU IT IS DEATH," in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

ANTHONY LACOSTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA | CASE NO. ______________

vs.

LUCY RICHARDS,

**CERTIFICATE OF TRIAL ATTORNEY***

**Defendant.** /

**Superseding Case Information:**

**Court Division**: (Select One)

Miami ___ Key West ___
FTL ___ WPB X FTP ___

New Defendant(s) ___ Yes ___ No
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
List language and/or dialect ______

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X | | | |
| | | | | Petty | |
| II | 6 to 10 days | | Minor | | |
| III | 11 to 20 days | | | Misdem. | |
| IV | 21 to 60 days | | | Felony | X |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? No (Yes or No)
If yes:
Judge: ______ Case No. ______
(Attach copy of dispositive order)
Has a complaint been filed in this matter? No
If yes:
Magistrate Case No. ______
Related Miscellaneous numbers: ______
Defendant(s) in federal custody as of ______
Defendant(s) in state custody as of ______
Rule 20 from the District of ______

Is this a potential death penalty case? No (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? Yes ___ X No

KAREN E. GILBERT
ASSISTANT U.S. ATTORNEY
Florida Bar No. 771007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** LUCY RICHARDS

**Case No:**

Count: 1

Interstate Transmission of a Threat to Injure

Title 18, United States Code, Section 875(c)

***Max. Penalty:** 5 Years' Imprisonment

Count: 2

Interstate Transmission of a Threat to Injure

Title 18, United States Code, Section 875(c)

***Max. Penalty:** 5 Years' Imprisonment

Count: 3

Interstate Transmission of a Threat to Injure

Title 18, United States Code, Section 875(c)

***Max. Penalty:** 5 Years' Imprisonment

Count: 4

Interstate Transmission of a Threat to Injure

Title 18, United States Code, Section 875(c)

***Max. Penalty:** 5 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.